The People of the State of New York, Respondent, v. Burt Mayer, Appellant. The People of the State of New York, Respondent, v. William Bleet, Appellant. The People of the State of New York, Respondent, v. Barney Kirsch, Appellant.— The defendants were indicted for the crimes of being common gamblers and of keeping a gambling establishment in the town of Harrison, Westchester county; and were convicted by the verdict of a jury on the trial. The defendants rested without calling any witnesses. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

Wilfred Schwab, Appellant, v. Globe Indemnity Company, Respondent.— In an action at law to recover upon a policy of disability insurance a verdict by a jury was rendered in favor of defendant. Thereafter the court made a decision in writing and granted judgment to defendant on its equitable counterclaim for rescission and cancellation of the policy. Order granting judgment and the judgment entered thereon affirmed, with costs. The conduct of counsel for the defendant in persistently offering in evidence, against the rulings of the court, the manual of the defendant, was highly improper, but in view of the weakness of plaintiff's case, in our opinion such conduct does not affect the result. Lazansky, P. J., Hagarty and Adel, JJ., concur; Young and Taylor, JJ., dissent and vote for reversal and a new trial upon the ground that the conduct of the defendant's counsel in continuing to offer the manual of the defendant against the rulings of the court was prejudicial to the plaintiff and prevented a fair trial.

Rosina Violano and Manfred G. D'Agnes, as Administrators, etc., of Michael Violano, Deceased, Appellants, v. Maryland Casualty Company, Respondent. — In an action to recover damages alleged to have been occasioned by fraud, judgment dismissing the complaint at the close of plaintiff's case affirmed, with costs. No opinion. Lazansky, P. J., Johnston and Adel, JJ., concur; Carswell and Davis, JJ., dissent and vote for reversal and a new trial on the ground that a *prima facie* case of negligence and fraud was made out.